HOME INSURANCE COMPANY et al., Respondents, v. MANUFACTURERS CENTER OF YONKERS, INC., Appellant.— Order denying motion by defendant to vacate or modify notice for its examination before trial affirmed, with $10 costs and

disbursements, the examination to proceed on five days' notice. No opinion. Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.